# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Jodie Lynn Dueker            Docket No. 7:11-MJ-1094-1

## Petition for Action on Probation

COMES NOW Djoni B. Barrett, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jodie Lynn Dueker, who, upon an earlier plea of guilty to Reckless Driving, in violation of 18 U.S.C. § 13, assimilated N.C.G.S. 20-140(b), was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on August 11, 2011, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

3. The defendant shall pay a special assessment of $10.00 and a fine of $100.00.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

At the onset of supervision, the defendant informed the probation officer she and her husband were undergoing fertility procedures in Greenville. In March 2012, the defendant learned she is now pregnant with twins. She is under a doctor's care with medical restrictions.

To date, the defendant has successfully completed 11.5 hours of community service. Due to the potential liability risks associated with her high-risk pregnancy, community service agencies will not allow the defendant to perform community service. The probation officer is recommending that the remainder of the community service hours be stricken, and 14 hours home detention be imposed in lieu thereof.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Jodie Lynn Dueker
Docket No. 7:11-MJ-1094-1
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The 24 hours of community service initially imposed, be reduced to 11.5 hours.

2. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 14 consecutive hours. The defendant shall be restricted to her residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Kevin L. Connolley | /s/ Djoni B. Barrett |
| Kevin L. Connolley | Djoni B. Barrett |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 200 Williamsburg Pkwy, Unit 2 |
| | Jacksonville, NC 28546-6762 |
| | Phone: 910-347-9038 |
| | Executed On: April 9, 2012 |

### ORDER OF COURT

Considered and ordered this 9th day of April, 2012, and ordered filed and made a part of the records in the above case.

Robert B. Jones, Jr.
U.S. Magistrate Judge